**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Texas Health Foundation, Inc** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Texas Center for Health** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 7 – 2 3 4 4 0 4 6** |

**4. Debtor's address**

**Principal place of business**

_____

**3610 Stagg Dr**
Number     Street

**Beaumont, TX 77701-3713**
City     State     ZIP Code

**Jefferson**
County

**Mailing address, if different from principal place of business**

**P.O. Box 7072**

_____
Number     Street

**Beaumont, TX 77726-7072**
City     State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number     Street

_____
City     State     ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **texascenterforhealth.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor __**Texas Health Foundation, Inc**_____  Case number *(if known)* _____

Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

**B.** *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__6__ __2__ __1__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____

MM / DD / YYYY

District _____ When _____ Case number _____

MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____

MM / DD / YYYY

Case number, if known _____

Debtor    **Texas Health Foundation, Inc**
_____    Case number *(if known)* _____
Name

| 11. Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| |     Number    Street |
| | _____ |
| | _____ |
| | City    State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.    Insurance agency _____ |
| |     Contact name _____ |
| |     Phone _____ |

# Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Texas Health Foundation, Inc**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/03/2025**
MM/ DD/ YYYY

**X**    **/s/ Kim Wilson**                                        **Kim Wilson**
Signature of authorized representative of debtor                 Printed name

Title    **Director**

**18. Signature of attorney**

**X**    **/s/ Robert C Lane**    Date **04/03/2025**
Signature of attorney for debtor                MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number        Street

**Houston**                **TX**    **77036-3369**
City                    State    ZIP Code

**(713) 595-8200**            **notifications@lanelaw.com**
Contact phone                Email address

**24046263**                **TX**
Bar number                State

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name  **Texas Health Foundation, Inc** | |
| United States Bankruptcy Court for the: **Eastern** District of **Texas** | |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. Cash on hand** | $500.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **First Financial Bank** | **Checking account** | **5  8  3  5** | $2,286.66 |
| 3.2. **5 Point Credit Union** | **Checking account** | **1  1  4  7** | $387.03 |
| 3.3. **First Financial Bank** | **Checking account** | **2  8  2  4** | $41.04 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $3,214.73

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor   **Texas Health Foundation, Inc** _____   Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 7.1 | **Lombard Texas Holdings LLC** | $10,000.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

  Description, including name of holder of prepayment

  8.1 _____   _____

  8.2 _____   _____

9.   **Total of Part 2**

  Add lines 7 through 8. Copy the total to line 81.   $10,000.00

---

**Part 3:**   Accounts receivable

10.   **Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.
  ☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11.   **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$69,313.31** | - | **unknown** | =.....➔ | $69,313.31 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$408,705.89** | - | **unknown** | =.....➔ | $408,705.89 |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3**

  Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $478,019.20

---

**Part 4:**   Investments

13.   **Does the debtor own any investments?**

  ☑ No. Go to Part 5.
  ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

  Name of fund or stock:

| | | |
|---|---|---|
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

  Name of entity:       % of ownership:

| | | | |
|---|---|---|---|
| 15.1 _____ | _____ | _____ | _____ |
| 15.2 _____ | _____ | _____ | _____ |

Debtor    **Texas Health Foundation, Inc** _____    Case number *(if known)* _____
     Name

---

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____   _____   _____

    16.2 _____   _____   _____

17.   **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   | _____ |

| Part 5: | Inventory, excluding agriculture assets |

18.   **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20.  Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22.  Other inventory or supplies** | | | | |
| **Medical Supplies** | _____ MM / DD / YYYY | **unknown** | _____ | **$1,000.00** |

23.   **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.   | **$1,000.00** |

24.   **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

Debtor **Texas Health Foundation, Inc** _____ Case number *(if known)* _____
Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment: and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **Texas Health Foundation, Inc**
_____    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **3 Bar Tables & 12 Chairs** | unknown | | $800.00 |
| **Chairs - Executive Rolling (5)** | unknown | | $500.00 |
| **Chairs - Rolling Desk Chairs (8)** | unknown | | $400.00 |
| **Clinical Leather Counter Chairs (5)** | unknown | | $300.00 |
| **3 Drawer File Cabinets (7)** | unknown | | $350.00 |
| **Desks - 48" (5)** | unknown | | $100.00 |
| **Desks - Executive Letter Writing Desks (3)** | unknown | | $450.00 |
| **Desks - Table Top Desks (4)** | unknown | | $400.00 |
| **Lab Supply Shelves** | unknown | | $200.00 |
| **Phlebotomy Chairs (2)** | unknown | | $2,100.00 |
| **Phlebotomy Rolling Cart (1)** | unknown | | $150.00 |
| **Lobby Bench** | unknown | | $50.00 |
| **Lobby Counter Height Leather Chairs (7)** | unknown | | $700.00 |
| **Lobby Leather Sofas (3)** | unknown | | $900.00 |
| **Lobby Side Tables (4)** | unknown | | $160.00 |
| **Lobby Straight Chairs (12)** | unknown | | $900.00 |
| **Exam Room Leather Chairs (20) & Benches (3)** | unknown | | $1,200.00 |
| **Power Exam Procedure Table (2)"** | unknown | | $8,000.00 |
| **Executive File Cabinets** | unknown | | $500.00 |
| **Glass Display Cabinets (2)** | unknown | | $200.00 |
| **Tabletop Desk** | unknown | | $50.00 |
| **Stainless Trash Can** | unknown | | $20.00 |
| **Stools (10)** | unknown | | $200.00 |
| **Ritter Exam Tables (9)** | unknown | | $5,400.00 |
| **Shelving - Rolling Storage Shelving (8)** | unknown | | $1,725.00 |
| **Tray Tables (12)** | unknown | | $1,200.00 |
| **40.** **Office fixtures** | | | |
| **Speculum Lights (10)** | unknown | | $1,370.00 |
| **Televisions (4)** | unknown | | $200.00 |
| **LG Microwave** | unknown | | $25.00 |

Debtor    **Texas Health Foundation, Inc**                                         Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **Gooseneck Lamps (2)** | unknown | $60.00 |
| **Refrigerator Samsung** | unknown | $500.00 |
| **Dymo Lab Label Printers (3)** | unknown | $550.00 |
| **Dyson Ball DC24 Vacuum** | unknown | $200.00 |
| **Cuisinart Oven Air Fryer** | unknown | $50.00 |

41.    **Office equipment, including all computer equipment and
communication systems equipment and software**

| | | |
|---|---|---|
| **BD Microprobe Affirm VP3 Machine (4)** | unknown | $20,000.00 |
| **Biopsy Suction Machine** | unknown | $450.00 |
| **COLPO Monitor** | unknown | $220.00 |
| **Commercial Shredder** | unknown | $650.00 |
| **Cooper Colposcope** | unknown | $7,000.00 |
| **Crexendo Phone (10)** | unknown | $3,210.00 |
| **Cryotherapy Gun w/ Attachments & C02 Tank** | unknown | $1,850.00 |
| **Chison Ultrasound 3D w/ Probes / Sony Printer** | unknown | $20,000.00 |
| **Blood Pressure Monitors w/ Carts (2)"** | unknown | $1,618.00 |
| **Brother Color Printer** | unknown | $200.00 |
| **Cash Drawer** | unknown | $10.00 |
| **Centrifuge Blood Machine (2)** | unknown | $1,650.00 |
| **iMac 21.5" (8)** | unknown | $4,500.00 |
| **Apple Magic Keyboard w/ Numeric Keypad (5)** | unknown | $475.00 |
| **Apple Smart Keyboard (8)** | unknown | $400.00 |
| **Cannon DR-C255 Scanners (5)** | unknown | $1,300.00 |
| **iPad (8th Gen) - 10.2" (6)** | unknown | $600.00 |
| **Acer Screen - 21"** | unknown | $50.00 |
| **Ritter Autoclave** | unknown | $3,895.00 |
| **LEEP Smoke Evacuator (2)** | unknown | $1,200.00 |
| **Multi-Channel Pipettes (2)** | unknown | $1,000.00 |
| **Non Stress Test Monitor (2)** | unknown | $9,500.00 |
| **Magic Keyboard - 10 Key (2)** | unknown | $100.00 |
| **McKesson Fetal Dopplers (2)** | unknown | $1,590.00 |
| **Microscope** | unknown | $450.00 |
| **Microsoft Surface Go 3 (Platinum)** | unknown | $499.00 |
| **Microsoft Surface Go Keyboard/Cover** | unknown | $20.00 |

Debtor   **Texas Health Foundation, Inc**   Case number *(if known)* _____
Name

| | | |
|---|---|---|
| **Microsoft Surface Laptop Go 2 (Light Blue)** | unknown | $300.00 |
| **Health O Meter Scale** | unknown | $880.00 |
| **Heat Block** | unknown | $600.00 |
| **Herritage Sonobed Power Bed** | unknown | $9,500.00 |
| **HP Color Printer** | unknown | $200.00 |
| **HP LaserJet Color Printer** | unknown | $300.00 |
| **HP Screen - 21"** | unknown | $50.00 |
| **Huntington Fetal Dopplers (3)** | unknown | $2,650.00 |
| **iMac 21" Lab Computer** | unknown | $1,099.00 |
| **iMac 24" (3)** | unknown | $3,897.00 |
| **iPad - (9th Gen) 10.2" (4)** | unknown | $1,316.00 |
| **iPad Mini (5th Gen)** | unknown | $249.00 |
| **iPad Time Clock w/ Mount** | unknown | $429.00 |
| **Thermometers** | unknown | $350.00 |
| **Sundry Jars - (12)** | unknown | $100.00 |
| **Supply Carts (2)** | unknown | $740.00 |
| **Surgical Instruments** | unknown | $3,500.00 |
| **Cooper Surgical LEEP** | unknown | $1,000.00 |
| **Square Credit Card Chip Reader System** | unknown | $220.00 |
| **Sony Printer** | unknown | $300.00 |
| **Sound System** | unknown | $2,400.00 |
| **Rolling IV Pole** | unknown | $100.00 |
| **Rosin Dot Matrix Lab Printer** | unknown | $400.00 |
| **Rubbermaid Ind Metal White & Biohazard Trash Cans (20)** | unknown | $5,000.00 |
| **Security System** | unknown | $1,500.00 |
| **HP 15.6" Touch Screen Laptop - Silver** | unknown | $284.25 |
| **Urine Analyzer Machine** | unknown | $285.00 |
| **Vaginal Speculums - Various Sizes (Virginal, Pederson, Graves) (80)** | unknown | $2,100.00 |
| **Various Instruments - Hemostats, Forceps, Biopsy Punches etc** | unknown | $4,000.00 |
| **Wallace LL100 Cryogenix** | unknown | $1,087.50 |
| **SAMSUNG HERA W10 Ultrasound - Leased** | unknown | unknown |
| **Fax Unit** | unknown | unknown |

Debtor    **Texas Health Foundation, Inc**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| | 42.1 **Mirrors / Artwork / Decor** _____ | **unknown** _____    **$500.00** |

| | | |
|---|---|---|
| 43. | **Total of Part 7** | **$157,683.75** |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

Debtor    **Texas Health Foundation, Inc**
_____   Case number *(if known)* _____
          Name

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                    [_____]

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:**    Real property

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  **Medical Office /** 3610 Stagg Dr<br>**Beaumont, TX 77701-3713** | **Lease** | **unknown** | | **unknown** |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    [_____]

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**    Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
|      **texascenterforhealth.com** | **unknown** | | **$1.00** |

Debtor   **Texas Health Foundation, Inc**_____   Case number *(if known)*_____
Name

---

62. **Licenses, franchises, and royalties**

_____   _____  _____  _____

63. **Customer lists, mailing lists, or other compilations**

_____   _____  _____  _____

64. **Other intangibles, or intellectual property**

_____   _____  _____  _____

65. **Goodwill**

_____   _____  _____  _____

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.    | **$1.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| **Current value of debtor's interest** |
| --- |

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ =➡   _____
Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____   _____

_____  Tax year _____   _____

_____  Tax year _____   _____

73. **Interests in insurance policies or annuities**

Debtor    **Texas Health Foundation, Inc**

Name    Case number *(if known)* _____

---

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   Two medical malpractice claims - pending                                                unknown

   **Nature of claim** _____

   **Amount requested** _____ unknown

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Nature of claim** _____

   **Amount requested** _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

Debtor    **Texas Health Foundation, Inc**

Name

Case number *(if known)*

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,214.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $478,019.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $157,683.75 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................... ➡ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* ＋ | unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $649,918.68 | ＋ 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................ | | $649,918.68 |

---

**Fill in this information to identify the case:**

Debtor name    **Texas Health Foundation, Inc**

United States Bankruptcy Court for the:    **Eastern**    District of    **Texas**

(State)

Case number (if known):

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $75,246.12 | unknown |
| --- | --- | --- | --- |

American Choice Capital

**Creditor's mailing address**

1967 Wehrle Dr Ste 1-086

Buffalo, NY 14221-8452

**Describe the lien**

UCC

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Date debt was incurred    **11/09/2024**

Last 4 digits of account number   __ __ __ __

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Remarks:** MCA

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $702,994.51

Debtor    **Texas Health Foundation, Inc**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** Creditor's name

**First Financial Bank, N.A.**

Creditor's mailing address

**Beaumont Office**

**912 North 16th St**

**Orange, TX 77630**

Creditor's email address, if known

_____

Date debt was incurred    **12/8/2022**

Last 4 digits of account    **6  1  5  4**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$25,570.01**      **unknown**

Debtor    **Texas Health Foundation, Inc**
     Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.3** **Creditor's name**

**First Financial Bank, N.A.**

**Creditor's mailing address**

**Beaumont Office**

**912 North 16th St**

**Orange, TX 77630**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **2/15/2023**

**Last 4 digits of account number**    **6  5  3  5**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Line of Credit

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$292,693.00    unknown

Debtor   **Texas Health Foundation, Inc**
Name                                                              Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Knightsbridge Funding LLC**

**Describe debtor's property that is subject to a lien**

_____

**Creditor's mailing address**

**40 Wall Street Suite 2903**

**New York, NY 10005**

_____

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   **09/25/2024**

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$64,405.00**

Value of collateral: **unknown**

**Remarks:** MCA

Debtor    **Texas Health Foundation, Inc**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

**MCA Servicing Co**
_____

**Creditor's mailing address**

**333 W Commercial St Ste 324**
_____

**E Rochester, NY 14445-2400**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    **01/06/2025**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** MCA

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | |
|---|---|
| Amount of claim | $47,175.00 |
| Value of collateral | unknown |

Debtor   **Texas Health Foundation, Inc**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.6** **Creditor's name**

**SQ Advance**

**Creditor's mailing address**

**7901 4th St N Ste 300**

**St Petersburg, FL 33702-4399**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **12/05/2024**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** MCA

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$58,728.88**

Column B: **unknown**

Debtor    **Texas Health Foundation, Inc**

Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.7** **Creditor's name**

**Throttle Funding LLC**

**Describe debtor's property that is subject to a lien**

**$69,000.00**        **unknown**

**Creditor's mailing address**

**4014 Chase Ave Ste 212**

**Miami Beach, FL 33140-3446**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    **01/02/2025**

**Last 4 digits of account number**    __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** MCA

Debtor    **Texas Health Foundation, Inc**                                    Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8**  **Creditor's name**

**Velocity Capital Group**                    Describe debtor's property that is subject to a lien                  $70,176.50          unknown
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Creditor's mailing address**

**333 Pearsall Ave. Suite 105**                ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Cedarhurst, NY 11516**                       **Describe the lien**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                  **UCC**
                                               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**Creditor's email address, if known**
                                               **Is the creditor an insider or related party?**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                  ☑ No
                                               ☐ Yes
**Date debt was incurred**    **08/02/2024**
                                               **Is anyone else liable on this claim?**
**Last 4 digits of account**   __ __ __ __     ☐ No
**number**                                     ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in**  **As of the petition filing date, the claim is:**
**the same property?**                         Check all that apply.
☑ No                                           ☐ Contingent
☐ Yes. Have you already specified the          ☐ Unliquidated
      relative priority?                       ☑ Disputed
   ☐ No.  Specify each creditor, including
          this creditor, and its relative
          priority.

          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

   ☐ Yes. The relative priority of creditors
          is specified on lines _____

**Remarks:** MCA

Debtor   **Texas Health Foundation, Inc** _____   Case number (if known) _____
           Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **The Law Office of Jason Gang, PLLC**<br>**1245 Hewlett Plaza #478**<br>**Hewlett, NY 11557** | Line 2. _1_ | __ __ __ __ |
| **FIRST FINANCIAL BANK, N.A.**<br>**Po Box 2559**<br>**Abilene, TX 79604-2559** | Line 2. _2_ | __ __ __ __ |
| **First Financial Bank NA**<br>**912 North 16th Street**<br>**Orange, TX 77630** | Line 2. _2_ | __ __ __ __ |
| **First Financial Bank NA**<br>**PO Box BOX 701**<br>**Abilene, TX 79601** | Line 2. _2_ | __ __ __ __ |
| **PIEKARSKI LAW, PLLC**<br>**1 Whitehall St 2nd fl**<br>**New York, NY 10004** | Line 2. _5_ | __ __ __ __ |
| **Wein Law Firm**<br>**333 Pearsall Ave 130**<br>**Cedarhurst, NY 11516** | Line 2. _8_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Texas Health Foundation, Inc**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): ───────

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|
| ───────── | ☐ Contingent |
| ───────── | ☐ Unliquidated |
| ───────── | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| ───────── | ───────── |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☐ No ☐ Yes |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ──── | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|
| ───────── | ☐ Contingent |
| ───────── | ☐ Unliquidated |
| ───────── | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| ───────── | ───────── |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☐ No ☐ Yes |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ──── | |

| Debtor | **Texas Health Foundation, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**AbbVie US LLC**

**62671 Collection Center Drive**

**Chicago, IL 60693-0001**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Medical Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$20,704.40

**3.2** Nonpriority creditor's name and mailing address

**AdvancedMD, Inc.**

**698 W 10000 S**

**South Jordan, UT 84095-4031**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Medical/EMR Software System**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,428.00

**3.3** Nonpriority creditor's name and mailing address

**Alliance Medical Equipment**

**3440 College Street**

**Beaumont, TX 77701**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$71.83

**3.4** Nonpriority creditor's name and mailing address

**A-OK MOVING, SHREDDING & STORAGE CO.**

**3692 Glenwood St**

**Beaumont, TX 77705-2834**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$452.50

Debtor   **Texas Health Foundation, Inc** _____      Case number *(if known)* _____
Name

**Part 2:** Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,346.42 |

**Better Living Pharmacy**

**1039 N Twin City Hwy**

**Nederland, TX 77627-3850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pharmacy - Medication**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,562.39 |

**Bioreference Lab**

**c/o Caine & Weiner**

**5805 Sepulveda Blvd 4th Fl**

**Van Nuys, CA 91411**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,680.00 |

**Cavett, Turner & Wyble, L.L.P.**

**P.O. Box 2032**

**Beaumont, TX 77704-2032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accountants**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189,500.00 |

**Chad Dubea**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **Texas Health Foundation, Inc**                                    Case number *(if known)* _____
                Name

| Part 2: | Additional Page |

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,727.43
| **Chase** | *Check all that apply.*
| | ☐ Contingent
| **P.O. Box 6294** | ☐ Unliquidated
| **Carol Stream, IL 60197-6294** | ☐ Disputed
| | **Basis for the claim:** **Credit Card**
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $421.91
| **Crexendo Business Solutions** | *Check all that apply.*
| | ☐ Contingent
| **P.O. Box 200969** | ☐ Unliquidated
| **Dallas, TX 75320-0969** | ☐ Disputed
| | **Basis for the claim:** **Phone System**
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,110.00
| **Dragon** | *Check all that apply.*
| | ☐ Contingent
| **1 Microsoft Way** | ☐ Unliquidated
| **Redmond, WA 98052-8300** | ☐ Disputed
| | **Basis for the claim:** **Physician Transcribing**
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.02
| **Entre Business Technology** | *Check all that apply.*
| | ☐ Contingent
| **P.O. Box 5487** | ☐ Unliquidated
| **Beaumont, TX 77726-5487** | ☐ Disputed
| | **Basis for the claim:** **Monthly Copy Costs**
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

Debtor   **Texas Health Foundation, Inc**

Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.64

**Entre Capital**

**Po Box 5487**

**Beaumont, TX 77726-5487**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Monthly Copy Lease**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,437.14

**Ever Bank Samsung**

**10 Waterview Blvd**

**Parsippany, NJ 07054-1286**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Ultrasound Equipment - Lease**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,535.33

**ISMIE Mutual Insurance**

**P.O. Box 71298**

**Chicago, IL 60694-1298**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Malpractice Insurance Policy**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.92

**Liberty Mutual Insurance - Imperial Premium Financing Services**

**1589 Skeet Club Rd Ste 102**

**High Point, NC 27265-8818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **General Liability Insurance Policy**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Texas Health Foundation, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**Lombard Texas Holdings, LLC**

**4 Merriman Ln**

**Prospect, CT 06712-1421**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$98,246.87

---

**3.18** Nonpriority creditor's name and mailing address

**Mazin Al Saleh MD**

**10523 N Newpark Dr**

**Houston, TX 77041-5488**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$85,000.00

---

**3.19** Nonpriority creditor's name and mailing address

**McKesson Medical-Surgical, Inc.**

**P.O. Box 660266**

**Dallas, TX 75266-0266**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Medical Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$33,602.84

---

**3.20** Nonpriority creditor's name and mailing address

**McKesson Specialty Care Distribution**

**15212 Collections Center Drive**

**Chicago, IL 60693**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Medical Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$2,766.22

---

Debtor    **Texas Health Foundation, Inc**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**MedPro Waste Disposal, LLC**

**P.O. Box 5683**

**Carol Stream, IL 60197-5683**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Waste Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,088.42

---

**3.22** Nonpriority creditor's name and mailing address

**Paola Torres Ortiz MD**

**4602 Mimosa Dr**

**Bellaire, TX 77401**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$94,807.71

---

**3.23** Nonpriority creditor's name and mailing address

**R&P Employer Solutions**

**3280 Eastex Fwy**

**Beaumont, TX 77703-2649**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll Services**

Is the claim subject to offset?
☑ No
☐ Yes

$169,030.99

---

**3.24** Nonpriority creditor's name and mailing address

**Spectrum**

**P.O. Box 60074**

**City Industry, CA 91716-0074**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet Service Provider**

Is the claim subject to offset?
☑ No
☐ Yes

$310.95

---

Debtor    **Texas Health Foundation, Inc**                                Case number *(if known)* _____
          Name

---

| Part 2: | Additional Page |
| --- | --- |

---

**3.25** Nonpriority creditor's name and mailing address

**SQUARE LOAN**

**1455 Market St Ste 600**

**San Francisco, CA 94103-1332**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
nonprofit that assigned its assets and debt to Texas Health
Foundation

As of the petition filing date, the claim is:    **$24,674.97**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**SQUARE LOAN**

**1455 Market St Ste 600**

**San Francisco, CA 94103-1332**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$24,472.26**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**Texas Health Associates Houston LLC**

**c/o Kim Wilson**

**3610 Stagg Dr**

**Beaumont, TX 77701**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$402,626.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Texas Health Associates LLC**

**c/o Kim Wilson**

**3610 Stagg Dr**

**Beaumont, TX 77701**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$1,236,395.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Texas Health Foundation, Inc**                                    Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |

---

**3.29** | Nonpriority creditor's name and mailing address

**Texas Recruiters**

**1910 Ese 323 Loop Pmb 317**

**Tyler, TX 75701-8337**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is: $15,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Physician Recruitment**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address

**Thompson Answering Service**

**2650 Calder St**

**Beaumont, TX 77702-1917**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is: $4,946.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address

**UT Health & Science Center**

**P.O. Box 20036**

**Houston, TX 77225-0036**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is: $7,750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address

**Versa Creative Group LLP**

**5444 Westheimer Rd Ste 200**

**Houston, TX 77056-5350**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is: $9,960.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Texas Health Foundation, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Rome Clifford Katz & Koerner LLP**<br>**Attn: Allan Koerner, Esq**<br>**214 Main Street**<br>**Hartford, CT 06106** | Line **3.17**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Texas Health Foundation, Inc**
Name                                                                          Case number *(if known)*

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| 5a.    **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.    **Total claims from Part 2** | 5b.    **+** | **$2,542,974.01** |
| 5c.    **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,542,974.01** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Texas Health Foundation, Inc** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): | Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Medical/EMR Software System** | **AdvancedMD, Inc.** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **698 W 10000 S** |
| | State the term remaining | **0 months** | **South Jordan, UT 84095-4031** |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Ultrasound equipment** | **EverBank** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **P.O. Box 41046** |
| | State the term remaining | **0 months** | **Jacksonville, FL 32203** |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Medical Office Space** | **Lombard Texas Holdings LLC** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **Attn: John Lombard** |
| | State the term remaining | **0 months** | **4 Merriman Lane** |
| | List the contract number of any government contract | | **Prospect, CT 06712-0014** |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Ricoh MP C3504** | **Marlin Leasing Corporation** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **300 Fellowship Road** |
| | State the term remaining | **0 months** | **Mount Laurel, NJ 08054** |
| | List the contract number of any government contract | | |

Debtor  **Texas Health Foundation, Inc**

Name

Case number *(if known)*

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Professional Employer Solutions** | **R&P Employer Solutions** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **3280 Eastex Fwy** |
| | State the term remaining | **0 months** | **Beaumont, TX 77703-2649** |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Management services** | **Texas Health Associates LLC** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **c/o Kim Wilson** |
| | State the term remaining | **0 months** | **3610 Stagg Dr** |
| | List the contract number of any government contract | | **Beaumont, TX 77701** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Texas Health Foundation, Inc** |
| United States Bankruptcy Court for the: | **Eastern** District of **Texas** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Wilson, Kimberly** | **6245 W Bend** <br> Street <br><br> _____ <br><br> **Beaumont, TX 77706-7643** <br> City　State　ZIP Code | **First Financial Bank, N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **Velocity Capital Group** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **Throttle Funding LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **Knightsbridge Funding LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **American Choice Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **SQ Advance** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **MCA Servicing Co** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **First Financial Bank, N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Texas Health Foundation, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.2 | | Street | | ❑ D ❑ E/F ❑ G |
| | | City          State          ZIP Code | | |
| 2.3 | | Street | | ❑ D ❑ E/F ❑ G |
| | | City          State          ZIP Code | | |
| 2.4 | | Street | | ❑ D ❑ E/F ❑ G |
| | | City          State          ZIP Code | | |
| 2.5 | | Street | | ❑ D ❑ E/F ❑ G |
| | | City          State          ZIP Code | | |
| 2.6 | | Street | | ❑ D ❑ E/F ❑ G |
| | | City          State          ZIP Code | | |

Official Form 206H          Schedule H: Codebtors          page **2** of **2**

Fill in this information to identify the case:

Debtor name _____**Texas Health Foundation, Inc**_____

United States Bankruptcy Court for the:

_____**Eastern District of Texas**_____

Case number (if known): _____    Chapter ___**11**___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*..................................................................................... | **$0.00** |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.................................................................................. | **$649,918.68** |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..................................................................................... | **$649,918.68** |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$702,994.51** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................... | **$0.00** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................... | **+    $2,542,974.01** |

4. **Total liabilities**.................................................................................................................................. | **$3,245,968.52** |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Texas Health Foundation, Inc**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$380,768.48** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,055,791.15** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,214,000.41** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|---------------------------------------------------------|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Velocity Capital Group** <br> Creditor's name <br> **333 Pearsall Ave. Suite 105** <br> Street <br><br> **Cedarhurst, NY 11516** <br> City   State   ZIP Code | | **$51,709.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. **Throttle Funding LLC** <br> Creditor's name <br> **4014 Chase Ave Ste 212** <br> Street <br><br> **Miami Beach, FL 33140-3446** <br> City   State   ZIP Code | | **$29,500.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3. **MCA Servicing Co** <br> Creditor's name <br> **333 W Commercial St Ste 324** <br> Street <br><br> **E Rochester, NY 14445-2400** <br> City   State   ZIP Code | | **$26,324.95** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.4. **American Choice Capital** <br> Creditor's name <br> **1967 Wehrle Dr Ste 1-086** <br> Street <br><br> **Buffalo, NY 14221-8452** <br> City   State   ZIP Code | | **$29,979.95** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.5. **Knightsbridge Funding LLC** <br> Creditor's name <br> **40 Wall Street Suite 2903** <br> Street <br><br> **New York, NY 10005** <br> City   State   ZIP Code | | **$52,726.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor  **Texas Health Foundation, Inc**
Name

Case number *(if known)*

---

3.6. **First Financial Bank**            $178,978.04    ☑ Secured debt
Creditor's name                                        ☐ Unsecured loan repayments

**403 North Main**                                     ☐ Suppliers or vendors
Street                                                 ☐ Services
                                                       ☐ Other _____

**Cleburne, TX 76033**
City              State    ZIP Code

3.7. **Square Advance**                  $28,417.20    ☑ Secured debt
Creditor's name                                        ☐ Unsecured loan repayments

**90 E Halsey Rd**                                     ☐ Suppliers or vendors
Street                                                 ☐ Services
                                                       ☐ Other _____

**Parsippany, NJ 07054-3713**
City              State    ZIP Code

3.8. **Lombard Texas Holdings LLC**      $24,086.00    ☐ Secured debt
Creditor's name                                        ☐ Unsecured loan repayments

**4 Merriman Lane**                                    ☐ Suppliers or vendors
Street                                                 ☐ Services
**Attn: John Lombard**                                 ☑ Other **Office Lease**

**Prospect, CT 06712-0014**
City              State    ZIP Code

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Texas Health Associates LLC** <br> Creditor's name <br><br> **3610 Stagg Dr** <br> Street <br><br> **c/o Kim Wilson** <br><br> **Beaumont, TX 77701** <br> City   State   ZIP Code <br> Relationship to debtor | **3/11/24-3 /11/25** | **$483,648.02** | **Management fees Texas Health Foundation paid to Texas Health Associates** |
| 4.2. **Texas Health Foundation, Inc** <br> Creditor's name <br><br> **3610 Stagg Dr** <br> Street <br><br><br> **Beaumont, TX 77701-3713** <br> City   State   ZIP Code <br> Relationship to debtor | **3/11/24-3 /11/25** | **$351,857.00** | **Texas Health Associates Loaned Back to Texas Health Foundation** |

---

Debtor    Texas Health Foundation, Inc    Case number *(if known)* _____
Name

4.3.    **Ascentium Capital**    _____    **$9,588.00**    **Texas Health Associates finances**
    Creditor's name    **medical equipment from Ascentium.**
    **Debtor pays Ascentium the $799.44 per**
    **23970 US-59**    **month and uses the equipment.**
    Street

    **aka Regions Bank**
    _____

    **Kingwood, TX 77339**
    City          State    ZIP Code    _____

    | Relationship to debtor |
    |---|

    _____

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____ | _____ | _____ |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. **MCA Servicing**<br>Creditor's name<br><br>**333 W Commercial St Ste 324**<br>Street<br><br>**E Rochester, NY 14445-2400**<br>City          State    ZIP Code | **Filed a UCC lien with payers**<br><br>XXXX– __ __ __ __ | **02/16/2025** | **$16,325.00** |

**Part 3:**  Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor   **Texas Health Foundation, Inc**
Name _____   Case number *(if known)* _____

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **American Choice Capital, LLC v Texas Health Foundation Inc., et al.** | **Breach of Contract** | **Supreme Court of the State of New York County of Nassau**<br>Name<br>**100 Supreme Ct Drive**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **604844/2025** | | **Mineola, NY 11501**<br>City          State    ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **TEIHESHIA WORTHAM v TEXAS CENTER FOR HEALTH PLLC** | **negligence/personal injury** | **Jefferson County 172nd District Court**<br>Name<br>**1001 Pearl St, #203**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **24DCCV0352** | | **Beaumont, TX 77701**<br>City          State    ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Octevyon Swain and Kearia Ramee et al v Peter Yes, M.D. et al.** | **negligence/personal injury** | **152nd District Court Harris County**<br>Name<br>**201 Caroline St Fl 11**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **2024-68832** | | **Houston, TX 77002-1901**<br>City          State    ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Velocity Capital Group LLC v. Texas Health Foundation Inc. et al** | **Breach of Contract** | **Supreme Court of the State of New York County of Kings**<br>Name<br>**360 Adams St 4**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **509536/2025** | | **Brooklyn, NY 11201**<br>City          State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name _____ | | |
| | | Case title _____ | Court name and address |
| | Street _____ | | Name _____ |
| | | | Street _____ |
| | City      State    ZIP Code | Case number _____ | |
| | | | City      State    ZIP Code |
| | | Date of order or assignment _____ | |

Debtor    **Texas Health Foundation, Inc**    Case number *(if known)*
          Name

| Part 4: | Certain Gifts and Charitable Contributions |

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| Part 5: | Certain Losses |

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|------|------|------|------|------|
| 10.1. | | | | |

| Part 6: | Certain Payments or Transfers |

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor  **Texas Health Foundation, Inc**
Name                                                                    Case number *(if known)*

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **The Lane Law Firm** | **Attorney's Fee** | **2/24/2025** | **$2,500.00** |
| | **Address** | **Attorney's Fee** | **3/3/2025** | **$5,000.00** |
| | **6200 Savoy Suite 1150**<br>Street | **Attorney's Fee** | **03/20/2025** | **$22,000.00** |
| | | **Attorney's Fee** | **03/21/2025** | **$5,500.00** |
| | **Houston, TX 77036**<br>City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor  **Texas Health Foundation, Inc**                                    Case number *(if known)* —————————
     Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                    State      ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street _____ _____ City    State    ZIP Code | From _____ To _____ |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Texas Health Foundation Inc.** Facility name **3610 Stagg Dr** Street **Beaumont, TX 77701-3713** City          State    ZIP Code | **Medical Practice** _____ | _____ |

| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
|---|---|---|
| | _____ _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

Debtor    **Texas Health Foundation, Inc**

Name                                                    Case number *(if known)*

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **Patient Protected Information**

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

Debtor  **Texas Health Foundation, Inc**        Case number *(if known)* _____
_____
Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Texas Health Foundation, Inc**    Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   **Texas Health Foundation, Inc**   Case number *(if known)* _____

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City          State     ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____   To _____

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Cavett Turner & Wyble**<br>Name<br>**2920 Toccoa St**<br>Street<br><br>**Beaumont, TX 77703-4962**<br>City          State     ZIP Code | From _____   To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br>City          State     ZIP Code | From _____   To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name<br><br>Street<br><br>City          State     ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **Texas Health Foundation, Inc**                                    Case number *(if known)*
          Name

| Name and address |
|---|

26d.1.

Name
_____

Street
_____

_____
City                          State          ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name
_____

Street
_____

_____
City                          State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wilson, Kimberly** | **6245 W Bend Beaumont, TX 77706-7643** | **President,** | **0.00%** |
| **Carl Wilson** | **2664 South Pine Island Rd Beaumont, TX 77713** | **Secretary ,** | **0.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor    **Texas Health Foundation, Inc**                                    Case number *(if known)* _____
          _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Wilson, Kimberly**<br>Name<br>**6245 W Bend**<br>Street<br><br>**Beaumont, TX 77706-7643**<br>City                State        ZIP Code | **$7,809.29** | **03/15/-24-3 /15/2025** | **wages and reimbursements** |

| Relationship to debtor |
|---|
| **President** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Carl Wilson**<br>Name<br><br>Street<br><br><br>City                State        ZIP Code | **$58,058.66** | **3/15/24-3/15/25** | **wages and reimbursements** |

| Relationship to debtor |
|---|
| **Secretary** |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/03/2025**
                   _____
                   MM/  DD/  YYYY

Debtor    **Texas Health Foundation, Inc**    Case number *(if known)*
Name

**X** **/s/ Kim Wilson**                    Printed name    **Kim Wilson**
Signature of individual signing on behalf of the debtor


Position or relationship to debtor    **Director**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

| Fill in this information to identify the case: |
|---|
| Debtor name    **Texas Health Foundation, Inc** |
| United States Bankruptcy Court for the:  **Eastern District of Texas** |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First Financial Bank, N.A. Beaumont Office 912 North 16th St Orange, TX 77630 | | UCC | | | | $292,693.00 |
| 2 | Chad Dubea | | Loan | | | | $189,500.00 |
| 3 | R&P Employer Solutions 3280 Eastex Fwy Beaumont, TX 77703-2649 | | Payroll Services | | | | $169,030.99 |
| 4 | Lombard Texas Holdings, LLC 4 Merriman Ln Prospect, CT 06712-1421 | | | | | | $98,246.87 |
| 5 | Paola Torres Ortiz MD 4602 Mimosa Dr Bellaire, TX 77401 | | Payroll | | | | $94,807.71 |
| 6 | Mazin Al Saleh MD 10523 N Newpark Dr Houston, TX 77041-5488 | | Payroll | | | | $85,000.00 |
| 7 | American Choice Capital 1967 Wehrle Dr Ste 1-086 Buffalo, NY 14221-8452 | | UCC | Disputed | | | $75,246.12 |
| 8 | Velocity Capital Group 333 Pearsall Ave. Suite 105 Cedarhurst, NY 11516 | | UCC | Disputed | | | $70,176.50 |

| Debtor | **Texas Health Foundation, Inc** | | | | Case number *(if known)* | | |
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 9   Throttle Funding LLC<br>4014 Chase Ave Ste 212<br>Miami Beach, FL 33140-3446 | | UCC | Disputed | | | $69,000.00 |
| 10   Knightsbridge Funding LLC<br>40 Wall Street Suite 2903<br>New York, NY 10005 | | UCC | Disputed | | | $64,405.00 |
| 11   SQ Advance<br>7901 4th St N Ste 300<br>St Petersburg, FL 33702-4399 | | | Disputed | | | $58,728.88 |
| 12   MCA Servicing Co<br>333 W Commercial St Ste 324<br>E Rochester, NY 14445-2400 | | | Disputed | | | $47,175.00 |
| 13   McKesson Medical-Surgical, Inc.<br>P.O. Box 660266<br>Dallas, TX 75266-0266 | | Medical Supplies | | | | $33,602.84 |
| 14   Ever Bank Samsung<br>10 Waterview Blvd<br>Parsippany, NJ 07054-1286 | | Ultrasound Equipment - Lease | | | | $31,437.14 |
| 15   Chase<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | | Credit Card | | | | $26,727.43 |
| 16   First Financial Bank, N.A.<br>Beaumont Office<br>912 North 16th St<br>Orange, TX 77630 | | UCC | | | | $25,570.01 |
| 17   Cavett, Turner & Wyble, L.L.P.<br>P.O. Box 2032<br>Beaumont, TX 77704-2032 | | Accountants | | | | $24,680.00 |
| 18   SQUARE LOAN<br>1455 Market St Ste 600<br>San Francisco, CA 94103-1332 | | | | | | $24,674.97 |
| 19   SQUARE LOAN<br>1455 Market St Ste 600<br>San Francisco, CA 94103-1332 | | | | | | $24,472.26 |
| 20   AbbVie US LLC<br>62671 Collection Center Drive<br>Chicago, IL 60693-0001 | | Medical Supplies | | | | $20,704.40 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Texas

**In re**   Texas Health Foundation, Inc

Case No. _____

**Debtor**   Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................   **$35,000.00**

Prior to the filing of this statement I have received ..................................................................   **$35,000.00**

Balance Due ...............................................................................................................................   **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **04/03/2025** | **/s/ Robert C Lane** |
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE: **Texas Health Foundation, Inc**                                           CASE NO

                                                                                  CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____**04/03/2025**____      Signature _____**/s/ Kim Wilson**_____

                                                                  Kim Wilson, Director

ABBVIE US LLC
62671 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0001

ADVANCEDMD, INC.
698 W 10000 S
SOUTH JORDAN, UT 84095-4031

ALLIANCE MEDICAL
EQUIPMENT
3440 COLLEGE STREET
BEAUMONT, TX 77701

AMERICAN CHOICE CAPITAL
1967 WEHRLE DR STE 1-086
BUFFALO, NY 14221-8452

A-OK MOVING, SHREDDING &
STORAGE CO.
3692 GLENWOOD ST
BEAUMONT, TX 77705-2834

BETTER LIVING PHARMACY
1039 N TWIN CITY HWY
NEDERLAND, TX 77627-3850

BIOREFERENCE LAB
C/O CAINE & WEINER
5805 SEPULVEDA BLVD 4TH FL
VAN NUYS, CA 91411

CAVETT, TURNER & WYBLE,
L.L.P.
P.O. BOX 2032
BEAUMONT, TX 77704-2032

CHAD DUBEA

CHASE
P.O. BOX 6294
CAROL STREAM, IL 60197-6294

CREXENDO BUSINESS
SOLUTIONS
P.O. BOX 200969
DALLAS, TX 75320-0969

DRAGON
1 MICROSOFT WAY
REDMOND, WA 98052-8300

ENTRE BUSINESS
TECHNOLOGY
P.O. BOX 5487
BEAUMONT, TX 77726-5487

ENTRE CAPITAL
PO BOX 5487
BEAUMONT, TX 77726-5487

EVER BANK SAMSUNG
10 WATERVIEW BLVD
PARSIPPANY, NJ 07054-1286

EVERBANK
P.O. BOX 41046
JACKSONVILLE, FL 32203

FIRST FINANCIAL BANK NA
912 NORTH 16TH STREET
ORANGE, TX 77630

FIRST FINANCIAL BANK NA
PO BOX BOX 701
ABILENE, TX 79601

FIRST FINANCIAL BANK, N.A.
BEAUMONT OFFICE
912 NORTH 16TH ST
ORANGE, TX 77630

FIRST FINANCIAL BANK, N.A.
PO BOX 2559
ABILENE, TX 79604-2559

ISMIE MUTUAL INSURANCE
P.O. BOX 71298
CHICAGO, IL 60694-1298

KNIGHTSBRIDGE FUNDING
LLC
40 WALL STREET SUITE 2903
NEW YORK, NY 10005

LIBERTY MUTUAL INSURANCE
- IMPERIAL PREMIUM
FINANCING SERVICES
1589 SKEET CLUB RD STE 102
HIGH POINT, NC 27265-8818

LOMBARD TEXAS HOLDINGS
LLC
ATTN: JOHN LOMBARD
4 MERRIMAN LANE
PROSPECT, CT 06712-0014

LOMBARD TEXAS HOLDINGS,
LLC
4 MERRIMAN LN
PROSPECT, CT 06712-1421

MARLIN LEASING
CORPORATION
300 FELLOWSHIP ROAD
MOUNT LAUREL, NJ 08054

MAZIN AL SALEH MD
10523 N NEWPARK DR
HOUSTON, TX 77041-5488

MCA SERVICING CO
333 W COMMERCIAL ST STE 324
E ROCHESTER, NY 14445-2400

MCKESSON MEDICAL-
SURGICAL, INC.
P.O. BOX 660266
DALLAS, TX 75266-0266

MCKESSON SPECIALTY CARE
DISTRIBUTION
15212 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

MEDPRO WASTE DISPOSAL, LLC
P.O. BOX 5683
CAROL STREAM, IL 60197-5683

PAOLA TORRES ORTIZ MD
4602 MIMOSA DR
BELLAIRE, TX 77401

PIEKARSKI LAW, PLLC
1 WHITEHALL ST 2ND FL
NEW YORK, NY 10004

R&P EMPLOYER SOLUTIONS
3280 EASTEX FWY
BEAUMONT, TX 77703-2649

ROME CLIFFORD KATZ & KOERNER LLP
ATTN: ALLAN KOERNER, ESQ
214 MAIN STREET
HARTFORD, CT 06106

SPECTRUM
P.O. BOX 60074
CITY INDUSTRY, CA 91716-0074

SQ ADVANCE
7901 4TH ST N STE 300
ST PETERSBURG, FL 33702-4399

SQUARE LOAN
1455 MARKET ST STE 600
SAN FRANCISCO, CA 94103-1332

TEXAS HEALTH ASSOCIATES HOUSTON LLC
C/O KIM WILSON
3610 STAGG DR
BEAUMONT, TX 77701

TEXAS HEALTH ASSOCIATES LLC
C/O KIM WILSON
3610 STAGG DR
BEAUMONT, TX 77701

TEXAS RECRUITERS
1910 ESE 323 LOOP PMB 317
TYLER, TX 75701-8337

THE LAW OFFICE OF JASON GANG, PLLC
1245 HEWLETT PLAZA #478
HEWLETT, NY 11557

THOMPSON ANSWERING SERVICE
2650 CALDER ST
BEAUMONT, TX 77702-1917

THROTTLE FUNDING LLC
4014 CHASE AVE STE 212
MIAMI BEACH, FL 33140-3446

UT HEALTH & SCIENCE CENTER
P.O. BOX 20036
HOUSTON, TX 77225-0036

VELOCITY CAPITAL GROUP
333 PEARSALL AVE. SUITE 105
CEDARHURST, NY 11516

VERSA CREATIVE GROUP LLP
5444 WESTHEIMER RD STE 200
HOUSTON, TX 77056-5350

WEIN LAW FIRM
333 PEARSALL AVE 130
CEDARHURST, NY 11516