**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| **TEXAS HEALTH FOUNDATION, INC.** § | | Case No. 25-10143 |
| xx-xxx4046 § | | |
| PO BOX 7072 § | | |
| Beaumont, TX 77726-7072 § | | |
| Debtor § | | Chapter 11 – Subch. V |

## **BALANCE SHEET**

# Texas Health Foundation Inc

## Statement of Financial Position

### As of April 1, 2025

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       1010 Checking (5835) | 3,090.64 |
|       1015 Checking (2824) | 41.04 |
|       1020 5Point Credit Union | 91.86 |
|       1025 5Point Savings | 10.00 |
|       1030 Petty Cash | 350.00 |
|     **Total Bank Accounts** | **$3,583.54** |
|     Accounts Receivable | |
|       1200A Accounts Receivable - BMT | 678,043.86 |
|       1200B Accounts Receivable - HOU | 151,190.11 |
|       1220B A/R Spring Branch - HOU | 0.00 |
|     **Total Accounts Receivable** | **$829,233.97** |
|     Other Current Assets | |
|       1110 Inventory | 0.00 |
|       1141 Transfer MUF | 0.00 |
|       1145 Transfer TH Assoc Bmt | 0.00 |
|       1150 Transfer TH Assoc HOU | 0.00 |
|       1210 PLLC LOC Receivable | 0.00 |
|       Undeposited Funds | 0.00 |
|     **Total Other Current Assets** | **$0.00** |
|   **Total Current Assets** | **$832,817.51** |
|   Fixed Assets | |
|     1400 Equipment | |
|       1410 Equipment - Samsung Ultrasound | 211,821.60 |
|     **Total 1400 Equipment** | **211,821.60** |
|     1450 Equipment  Medical Equipment | 214,188.00 |
|     1460 Equipment Office Equipment | 57,775.00 |
|     1500A Accumulated depreciation | -16,436.00 |
|     Accumulated amortization | |
|       1300 Leasehold Improvements | 45,014.42 |
|     **Total Accumulated amortization** | **45,014.42** |
|   **Total Fixed Assets** | **$512,363.02** |
|   Other Assets | |
|     Security deposits | 0.00 |
|   **Total Other Assets** | **$0.00** |
| **TOTAL ASSETS** | **$1,345,180.53** |

# Texas Health Foundation Inc

## Statement of Financial Position
As of April 1, 2025

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         2000A Accounts Payable - BMT | 141,606.69 |
|         2000B Accounts Payable - HOU | 51,066.11 |
|         LOAN TO THF - FFB | 0.00 |
|       **Total Accounts Payable** | **$192,672.80** |
|       Credit Cards | |
|         2300 Chase | 26,727.43 |
|         2410 Gift Card - Comcast | 0.00 |
|       **Total Credit Cards** | **$26,727.43** |
|       Other Current Liabilities | |
|         2100A Square Loan - Bmt | 24,111.92 |
|         2100B Square Loan - HOU | -7,050.65 |
|         2100C Square Loan - March 2024 | 4,227.16 |
|         2100D Square Loan | 8,151.47 |
|         2150 Clearing Account | 56,899.28 |
|         3200 Note Payable - Texas Health Associates | -113,798.56 |
|         3400 LOC First Financial Bank | 296,527.35 |
|         3500B Loan - National Funding | 0.00 |
|         3600 Lease - Ascentium Capital | -13,270.70 |
|         3700B Chad Dubea | 189,500.00 |
|         3800B Pearl Alpha Funding LLC | -0.11 |
|         3900B Knightsbridge Funding | 64,405.00 |
|         3904 American Choice Capital | 59,959.90 |
|         3905 Texas Health Associates | 1,301,501.55 |
|         3906 Optum Temp Assistance | 163,566.53 |
|         3907 THA-HOUSTON | 402,626.75 |
|         3908 SQ Advance | 58,728.88 |
|         3909 Throttle Funding | 66,500.00 |
|         3910 MCA Servicing Co | 45,675.00 |
|         3911 Swiss Fund | 0.00 |
|         3950B Velocity Capital Group | 66,483.00 |
|         Texas State Comptroller Payable | 0.00 |
|       **Total Other Current Liabilities** | **$2,674,743.77** |
|     **Total Current Liabilities** | **$2,894,144.00** |

# Texas Health Foundation Inc

## Statement of Financial Position

As of April 1, 2025

|  | TOTAL |
|---|---:|
| Long-Term Liabilities |  |
|   2700 Ultrasound Lease Payable | 205,492.89 |
|   3200A In Office Payable | 0.00 |
|   3300A First Fin Bk - Loan | 25,570.01 |
|   Long-term business loans | 0.00 |
| **Total Long-Term Liabilities** | **$231,062.90** |
| **Total Liabilities** | **$3,125,206.90** |
| Equity |  |
|   4300 Owners Investment | 0.00 |
|   4350 Owners Pay & Personal Expenses | 0.00 |
|   4400 Opening balance equity | 0.00 |
|   Retained Earnings | -1,569,928.73 |
|   Net Revenue | -210,097.64 |
| **Total Equity** | **$ -1,780,026.37** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,345,180.53** |