**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **TEXAS HEALTH FOUNDATION, INC.** | § | Case No. 25-10143 |
| xx-xxx4046 | § | |
| PO BOX 7072 | § | |
| Beaumont, TX 77726-7072 | § | |
| Debtor | § | Chapter 11 – Subch. V |

## <u>CASH FLOW STATEMENT</u>

# Texas Health Foundation Inc

## A/R Aging Summary

As of April 1, 2025

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| American Retrieval | | | | | 75.00 | $75.00 |
| Insurance & Patient Payments | | | 10,569.38 | | 381,485.19 | $392,054.57 |
| Legacy Community Health Services, Inc. | 14,250.00 | | | | 14,500.00 | $28,750.00 |
| Millenium Medical Group | | | | | 9,375.00 | $9,375.00 |
| Texas Health Associates Houston | | | 44,493.93 | | 3,270.70 | $47,764.63 |
| TOTAL | **$14,250.00** | **$0.00** | **$55,063.31** | **$0.00** | **$408,705.89** | **$478,019.20** |