**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **TEXAS HEALTH FOUNDATION, INC.** | § | Case No. 25-10143 |
| xx-xxx4046 | § | |
| PO BOX 7072 | § | |
| Beaumont, TX 77726-7072 | § | |
| Debtor | § | Chapter 11 – Subch. V |

**STATEMENT OF OPERATIONS**

# Texas Health Foundation Inc

## Statement of Activity
January 1 - April 1, 2025

|  | TOTAL |
|---|---:|
| **Revenue** |  |
|   5000 Professional fees | 530,141.64 |
|   5600 Other Income | 19,814.04 |
|     5604 Provider Services - Other Location | 0.00 |
|   **Total 5600 Other Income** | **19,814.04** |
| **Total Revenue** | **$549,955.68** |
| **GROSS PROFIT** | **$549,955.68** |
| **Expenditures** |  |
|   2000 Loan Fees | 285,622.39 |
|   7040 Advertising & marketing | 3,335.85 |
|   7100 Car & Truck | 24.84 |
|     7100A Car & Truck - BMT | 73.19 |
|   **Total 7100 Car & Truck** | **98.03** |
|   7140 Bank Charges & Fees | 197.21 |
|     7140A Bank Charges & Fees - BMT | 1,115.50 |
|   **Total 7140 Bank Charges & Fees** | **1,312.71** |
|   7145 Credit Card Fees | 6,407.17 |
|   7300 Contract Labor | 32,593.35 |
|     7300A Contract Labor - BMT | 38,215.12 |
|   **Total 7300 Contract Labor** | **70,808.47** |
|   7560 Insurance |  |
|     7560A Insurance - BMT | 1,475.88 |
|   **Total 7560 Insurance** | **1,475.88** |
|   7565 Insurance Malpractice Policy |  |
|     7565A Insurance Malpractice Policy - BMT | 6,535.33 |
|   **Total 7565 Insurance Malpractice Policy** | **6,535.33** |
|   7760 Interest Expense | 9,098.35 |
|     7760A Interest Expense - BMT | 576.87 |
|   **Total 7760 Interest Expense** | **9,675.22** |
|   7880 Legal and Professional Services |  |
|     7880A Legal & Professional Services - BMT | 35,274.52 |
|   **Total 7880 Legal and Professional Services** | **35,274.52** |
|   7890 Other Professional Services |  |
|     7890A Other Professional Services - BMT | 6,578.01 |
|     7890B Other Professional Services - HOU |  |
|   **Total 7890 Other Professional Services** | **6,578.01** |

# Texas Health Foundation Inc

## Statement of Activity
January 1 - April 1, 2025

|  | TOTAL |
|---|---:|
| 7900 Licenses and Fees | |
|   7900A Licenses & Fees - BMT | 600.00 |
| **Total 7900 Licenses and Fees** | **600.00** |
| 7950 Management Fees | |
|   7950A Management Fees - BMT | 37,800.00 |
| **Total 7950 Management Fees** | **37,800.00** |
| 7960 Meals & Entertainment | 0.00 |
| 8100 Medical Supplies | 9,574.27 |
|   8100A Medical Supplies - BMT | 17,056.29 |
|   8100B Medical Supplies - HOU | 0.00 |
| **Total 8100 Medical Supplies** | **26,630.56** |
| 8120 Office Supplies | |
|   8120A Office Supplies - BMT | 413.10 |
|   8120B Office Supplies - HOU | |
| **Total 8120 Office Supplies** | **413.10** |
| 8125 Office Supplies Reimbursable Expenses | 0.00 |
| 8125A Janitorial Supplies - BMT | 313.98 |
| 8350 Rent & Lease | |
|   8350A Rent & Lease - BMT | 39,310.68 |
|   8350B Rent & Lease - HOU | 21,347.69 |
| **Total 8350 Rent & Lease** | **60,658.37** |
| 8360 Rent & Lease NNN Fees | |
|   8360A Rent & Lease NNN Fees - BMT | 7,464.48 |
| **Total 8360 Rent & Lease NNN Fees** | **7,464.48** |
| 8400 Software | 0.00 |
|   8400A Software - BMT | 11,526.96 |
|   8400B Software - HOU | 0.00 |
| **Total 8400 Software** | **11,526.96** |
| 8440 Repairs & maintenance | 0.00 |
| 8500 Payroll Expenses | 62,778.30 |
|   8510 Payroll Expenses Wages | |
|     8510A Payroll Expense Wages - BMT | 247,570.97 |
|     8510B Payroll Expense Wage - HOU | 0.00 |
|     8510C Payroll Expense Wages - Sugarland | |
| **Total 8510 Payroll Expenses Wages** | **247,570.97** |
|   8520 Payroll Expenses Taxes | |
|     8520A Payroll Expense Taxes - BMT | 29,504.86 |
|     8520B Payroll Expense Taxes - HOU | 0.00 |
|     8520C Payroll Expense Taxes - Sugarland | |
| **Total 8520 Payroll Expenses Taxes** | **29,504.86** |

# Texas Health Foundation Inc

## Statement of Activity
January 1 - April 1, 2025

|  | TOTAL |
|---|---:|
| 8530 Health insurance & accident plans | |
|   8530A Health Insurance & Accident Plans - BMT | 15,340.20 |
|   8530B Health Insurance & Accident Plans - HOU | 0.00 |
|   8530C Health Insurance & Accident Plans - Sugarland | |
| **Total 8530 Health insurance & accident plans** | **15,340.20** |
|   8540A Employee Benefits - BEAU | 12.44 |
| **Total 8500 Payroll Expenses** | **355,206.77** |
| 8600 Training | |
|   8600A Training - BMT | 55.59 |
| **Total 8600 Training** | **55.59** |
| 9100 Travel | 0.00 |
| 9120 Uniforms | |
|   Bank fees & service charges | 3,244.24 |
| **Total 9120 Uniforms** | **3,244.24** |
|   9121A Postage & Shipping - BMT | 72.63 |
| 9140 Utilities | 1,428.35 |
|   9140A Utilities - BMT | 1,548.89 |
| **Total 9140 Utilities** | **2,977.24** |
| **Total Expenditures** | **$934,087.50** |
| NET OPERATING REVENUE | $ -384,131.82 |
| Other Expenditures | |
|   Reimbursable Expense | -56,216.72 |
| **Total Other Expenditures** | **$ -56,216.72** |
| NET OTHER REVENUE | $56,216.72 |
| NET REVENUE | $ -327,915.10 |