# TEXAS SECRETARY of STATE
# JANE NELSON

**Debtor Name Search**

This debtor name search was performed on 03/27/2025 05:40 PM with the following search parameters:
**DEBTOR NAME:** TEXAS HEALTH FOUNDATION
**CITY:** [Not Specified]

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🏆 | 22-0056184664 | Financing Statement | 11/17/2022 01:42 PM | 1 | 11/17/2027 |

| | | |
|---|---|---|
| Debtor | TEXAS HEALTH FOUNDATION, INC. | 3610 STAGG DR BEAUMONT, TX, 77701 |
| Secured Party | MCKESSON CORPORATION, FOR ITSELF AND AS COLLATERAL AGENT FOR EACH OF ITS AFFILIATES | 6651 GATE PARKWAY JACKSONVILLE, FL, 32256 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🏆 | 23-0006783201 | Financing Statement | 02/15/2023 01:12 PM | 1 | 02/16/2028 |
| ☐ | 🏆 | 23-00229174 | Party Information Change | 05/24/2023 01:51 PM | 1 | n/a |
| ☐ | 🏆 | 24-00384989 | Master Amendment | 06/18/2024 02:54 PM | 47 | n/a |

| | | |
|---|---|---|
| Debtor | TEXAS HEALTH FOUNDATION, INC. DBA: TEXAS CENTER FOR HEALTH | 3610 STAGG DR BEAUMONT, TX, 77701-3713 |
| Debtor | TEXAS HEALTH FOUNDATION, INC. | 3610 STAGG DR BEAUMONT, TX, 77701-3713 |
| Secured Party | FIRST FINANCIAL BANK, N.A. | P.O. BOX 2559 ABILENE, TX, 79604-2559 |
| Secured Party | FIRST FINANCIAL BANK | P.O. BOX 2559 ABILENE, TX, 79604-2559 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🏆 | 23-0008172992 | Financing Statement | 02/24/2023 05:00 PM | 2 | 02/24/2028 |

| | | |
|---|---|---|
| Debtor | TEXAS HEALTH FOUNDATION, INC. | 3610 STAGG DRIVE BEAUMONT, TX, 77701 |
| Secured Party | SAMSUNG FINANCIAL SOLUTIONS | 10 WATERVIEW BLVD PARSIPPANY, NJ, 07054 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🏆 | 24-0053186665 | Financing Statement | 09/26/2024 10:19 AM | 1 | 09/26/2029 |

| | | |
|---|---|---|
| Debtor | TEXAS HEALTH FOUNDATION INC | 3610 STAGG DRIVE BEAUMONT, TX, 77701 |
| Debtor | KIMBERLY A WILSON | 3610 STAGG DRIVE BEAUMONT, TX, 77701 |
| Secured Party | KNIGHTSBRIDGE FUNDING LLC | 40 WALL ST, SUITE 2903 NY, NY, 10005-10005 |

**EXHIBIT B**

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | **25-0000687139** | **Financing Statement** | **01/07/2025 09:46 AM** | **3** | **01/08/2030** |

| | | |
|---|---|---|
| Debtor | TEXAS HEALTH FOUNDATION, INC. | 3610 STAGG DR<br>BEAUMONT, TX, 77701 |
| Debtor | TEXAS CENTER FOR HEALTH | 3610 STAGG DR<br>BEAUMONT, TX, 77701 |
| Debtor | TEXAS HEALTH FOUNDATION INC | 3610 STAGG DR<br>BEAUMONT, TX, 77701 |
| Debtor | KIMBERLY ANN WILSON | 6245 WEST BEND<br>BEAUMONT, TX, 77706 |
| Secured Party | CHTD COMPANY | P.O. BOX 2576<br>SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | **25-0012056031** | **Financing Statement** | **03/26/2025 11:55 AM** | **1** | **03/26/2030** |

| | | |
|---|---|---|
| Debtor | TEXAS HEALTH FOUNDATION, INC. | 6245 W BEND<br>BEAUMONT, TX, 77706 |
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700;<br>ATTN: SPRS<br>GLENDALE, CA, 91203 |

Select All Filings: ☐

[Order Selected Filings]  [Order Certificate]  [New Search]

---

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.